1  Sarah E. Bickford
   3681 Griffith Road
2  Pikeville, TN 37367

3  Plaintiff *Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 10-4875 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Sarah E. Bickford,<br><br>                       Plaintiff,<br><br>vs.<br><br>Pfizer Inc, Pharmacia Corp., and G.D. Searle & Co.,<br><br>                       Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice as to all parties**, with each side bearing

//
//
//
//
//

its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 5/31, 2011   By: /s/ Sarah E. Bickford

Sarah E. Bickford
3681 Griffith Road
Pikeville, TN 37367

*Plaintiff Pro se*

Date May 31, 2011
State of Tennessee
County of Bledsoe
This instrument was acknowledged before me this date by
Sarah E. Bickford
Carolyn M. Terry  9/1/2014
Carolyn M. Terry, County Clerk
My Commission Expires

DATED: 5/31, 2011   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 22, 2011

Hon. Charles R. Breyer
United States District Court

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE